HERNDON v. ROBINSON

No. 353P82.

Case below: 57 N.C. App. 318.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 August 1982. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 3 August 1982.

HOPE v. JONES

No. 400P82.

Case below: 57 N.C. App. 600.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 25 August 1982.

IN RE HUBER

No. 399P82.

Case below: 57 N.C. App. 453.

Petition by Hazelwood for discretionary review under G.S. 7A-31 Denied 3 August 1982. Motion by Guardian ad Litem and Mecklenburg County DSS to dismiss appeal for lack of substantial constitutional question allowed 3 August 1982.

INSURANCE CO. v. PRUITT

No. 251P82.

Case below: 56 N.C. App. 814.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

LEA CO. v. BOARD OF TRANSPORTATION

No. 397PA82.

Case below: 57 N.C. App. 392.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 25 August 1982.